UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HEIM,<br><br>    Plaintiff,<br><br>    v.<br><br>V. VOVKULIN, et al.,<br><br>    Defendants. | No. 2:21-cv-1077 KJM AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2022 and June 14, 2022, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF Nos. 11, 14. Plaintiff has not filed objections to either set of findings and recommendations.

Although it appears from the file that plaintiff's copies of the findings and recommendations were returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that

1. The findings and recommendations filed March 22, 2022 (ECF No. 11), are ADOPTED in full;

2. Plaintiff's August 6, 2021 motion for preliminary injunction (ECF No. 8), is DENIED;

3. The findings and recommendations filed June 14, 2022 are ADOPTED in full;

4. This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 110; Fed. R. Civ. P. 41(b); and

5. The Clerk of Court is directed to close this case.

DATED: August 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE